UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTIN FUENTES, <br><br> Plaintiff, <br><br> v. <br><br> JERRY BROWN, et al., <br><br> Defendants. | Case No.: 1:13-cv-00934-BAM <br><br> ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 19, 2013. Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that:

Within forty-five (45) days from the date of service of this order, plaintiff shall either pay the $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **July 12, 2013**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

1