1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALENTIN FUENTES, | ) Case No.: 1:13-cv-00934-BAM |
| | ) |
| Plaintiff, | ) ORDER REQUIRING PLAINTIFF TO PAY |
| | ) $400.00 FILING FEE IN FULL OR FILE AN |
| v. | ) APPLICATION TO PROCEED IN FORMA |
| | ) PAUPERIS WITHIN FORTY-FIVE DAYS |
| JERRY BROWN, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 19, 2013.  Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that:

Within forty-five (45) days from the date of service of this order, plaintiff shall either pay the $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed.  **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   __**July 12, 2013**__          ___/s/ *Barbara A. McAuliffe*___
                                       UNITED STATES MAGISTRATE JUDGE

1